# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151179(51)

GREGORY D. GRONINGER, CAROL J.
GRONINGER, KENNETH THOMPSON,
and THOMAS DUNN,
      Plaintiffs-Appellants,

v

DEPARTMENT OF ENVIRONMENTAL
QUALITY,
      Defendant-Appellee.

SC: 151179
COA: 318380
Midland CC: 12-009040-CZ

_____/

On order of the Court, the motion for reconsideration of this Court's September 29, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2016



Clerk

d0321